# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| The Center for Assisted Reproductive Technologies, LLC; | ) | Case No. 24-bk-1921 |
| The Center for Reproductive Health, P.C.; | ) | Case No. 24-bk-1922 |
| Fertility Laboratories of Nashville, LLC; and | ) | Case No. 24-bk-1923 |
| American Embryo Adoption Agency, LLC. | ) | Case No. 24-bk-1924 |
| | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | Judge Walker |
| | ) | |

## U.S. TRUSTEE'S WITNESS AND EXHIBIT LIST FOR HEARING RE: MOTION TO APPOINT A CHAPTER 11 TRUSTEE

U.S. Trustee, Region 8, by and through counsel, submits his list of Witnesses and Exhibits, as follows:

### WITNESSES

1. Dr. Jaime Vasquez
   2410 Patterson Street, Suite 401
   Nashville, TN 37203

2. Jeremiah Foster,
   President, Resolute Commercial
   State Court Receiver in *State of Tennessee v. Vasquez*
   480-947-3248
   JFoster@resolutecommercial.com

### EXHIBITS

1. Debtor Bankruptcy Case No. 24-1921 docket sheet

2. *State of Tennessee v. Vasquez,* District Court Case No. 24-cv-00654, docket sheet

3. Petition (Docket Entry 1)

4. Temporary Restraining Order against Debtors and their owner Dr. Jamie M. Vasquez in *State of Tennessee v. Vasquez, et al.*, Case No. 24-0520 (Tenn. Chancery Court, 20th Judicial District, April 26, 2024)

5. Order of Summary Suspension (May 2, 2024)

6. Agreed Order Extending TRO (May 9, 2024)

7. Receiver Inventory and Initial Report (May 21, 2024)

8. Stretto Nashville Center for Reproductive Health Website available at https://case.stretto.com/ncrh# (June 3, 2024)

        Respectfully submitted,

        PAUL A. RANDOLPH
        ACTING U.S. TRUSTEE, REGION 8

        **/s/ Megan Seliber**
        MEGAN SELIBER
        Trial Attorney for the U.S. Trustee
        318 Customs House, 701 Broadway
        Nashville, TN 37203
        (615) 695-4060; 615-736-2260 (fax)
        Megan.Seliber@usdoj.gov