Charles M. Walker
U.S. Bankruptcy Judge
Dated: 6/20/2024



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| The Center for Assisted Reproductive Technologies, LLC; | ) | Case No. 24-bk-01921 |
| The Center for Reproductive Health, P.C.; | ) | Case No. 24-bk-01922 |
| Fertility Laboratories of Nashville, LLC; and | ) | Case No. 24-bk-01923 |
| American Embryo Adoption Agency, LLC. | ) | Case No. 24-bk-01924 |
| | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | Judge Walker |
| | ) | |

### EXPEDITED AGREED ORDER RESOLVING MOTIONS TO APPOINT CHAPTER 11 TRUSTEE OR DISMISS CASE

This matter is before the Court on the U.S. Trustee's Expedited Motion to Appoint a Chapter 11, Trustee, or in the alternative, to Dismiss filed on May 30, 2024, and the state court receiver ("Receiver") Jeremiah Foster's Expedited Motion to Dismiss filed on May 31, 2024 (together, the "Motions"). After an expedited hearing on June 5, 2024, the Motions were continued by the agreement of the parties to June 18, 2024. After negotiation, the Receiver, the State of Tennessee, Debtors and Debtors' owner Dr. Jamie M. Vasquez reached an agreement for the conversion of a temporary restraining order to a temporary injunction memorialized in a proposed form of order that the parties intend to submit to and believe will be approved by to Chancery Court of Davidson County, Tennessee ("Chancery Court"). This proposed order is styled as an Agreed Temporary Injunction with Asset Freeze, Appointment of A Receiver and Other Equitable Relief ("Agreed Temporary Injunction") and the parties intend to request that it be entered by the Chancery Court upon dismissal of these bankruptcy cases.

Based on the terms in the Agreed Temporary Injunction, all the parties agree that the bankruptcy cases should be dismissed. Debtors' counsel agrees that he will provide a summary of

the proceedings for Debtors' former clients ("Patient Summary") to the Receiver for the Receiver's review and distribution. Dr. Vasquez agrees that he will not file bankruptcy on behalf of any of the Debtors for 12-months from the date this order is entered.

IT IS THEREFORE ORDERED that Debtors' Chapter 11 cases are hereby dismissed. The Receiver shall serve notice to all Dr. Vasquez's former clients through Stretto and the Receiver's website of this agreed order, the Patient Summary, and the Agreed Temporary Injunction in its form as entered by the Chancery Court. Dr. Vasquez shall pay directly to Stretto the cost in providing this notice within 60 days of presentment, and Dr. Vasquez is barred from filing any bankruptcy case on behalf of Debtors for 12-months from the date this order is entered.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THE PAGE**

Agreed & Accepted for Entry:

| PAUL RANDOLPH, U.S. TRUSTEE, REGION 8<br><br>/s/ Megan Seliber<br>**Megan Seliber**<br>Office of the U.S. Trustee<br>701 Broadway #318<br>Nashville, TN 37203<br>615-695-4060<br>Megan.Seliber@usdoj.gov | COUNSEL FOR RECIEVER<br><br>/s/ Peter Riggs<br>**Peter Riggs**<br>SPENCER FANE LLP<br>1000 Walnut Street, Suite 1400<br>Kansas City, MO 64106<br>(816) 474-8100<br>priggs@spencerfane.com | COUNSEL FOR DEBTORS and DR. VASQUEZ<br><br>/s/ Phillip G. Young, Jr.<br>**Phillip G. Young, Jr.**<br>Thompson Burton PLLC<br>6100 Tower Circle, Suite 200<br>Franklin, Tennessee 37067<br>(615) 465-6000<br>phillip@thompsonburton.com |

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:24-bk-01922   Doc 35   Filed 06/20/24   Entered 06/20/24 16:57:53   Desc Main
Document   Page 2 of 2