United States Bankruptcy Court
Middle District of Tennessee

In re:  Case No. 24-01922-CMW
The Center for Reproductive Health, P.C.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3  User: admin  Page 1 of 2
Date Rcvd: Jun 20, 2024  Form ID: pdf006  Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + The Center for Reproductive Health, P.C., 2410 Patterson Street, Suite 401, Nashville, TN 37203-6520 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: AGBankAGO@ag.tn.gov | Jun 21 2024 06:23:00 | Tennessee Attorney General - State of Tennessee, c/o TN Attorney General's Office, Bankruptcy Division, PO Box 20207, Nashville, TN 37202-0207, UNITED STATES 37202-4015 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2024 at the address(es) listed below:

**Name**    **Email Address**

DAVID W HOUSTON, IV
    on behalf of Interested Party MOB 68 of Tennessee LLC dhouston@burr.com, tneely@burr.com

JUSTIN TIMOTHY CAMPBELL
    on behalf of Debtor The Center for Reproductive Health P.C. justin@thompsonburton.com

MEGAN REED SELIBER
    on behalf of U.S. Trustee US TRUSTEE megan.seliber@usdoj.gov

PETER L RIGGS
 on behalf of Other Professional Jeremiah Foster priggs@spencerfane.com

PHILLIP G YOUNG
 on behalf of Debtor The Center for Reproductive Health  P.C. phillip@thompsonburton.com

REBECCA JO YIELDING
 on behalf of U.S. Trustee US TRUSTEE Rebecca.J.Yielding@usdoj.gov

Stephen J. Zralek
 on behalf of Other Professional Jeremiah Foster szralek@spencerfane.com

US TRUSTEE
 ustpregion08.na.ecf@usdoj.gov

WILLIAM FREDERICK MCCORMICK
 on behalf of Creditor Tennessee Attorney General - State of Tennessee agbanklundin@ag.tn.gov

TOTAL: 9

Charles M. Walker
U.S. Bankruptcy Judge
Dated: 6/20/2024



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| The Center for Assisted Reproductive Technologies, LLC; | ) | Case No. 24-bk-01921 |
| The Center for Reproductive Health, P.C.; | ) | Case No. 24-bk-01922 |
| Fertility Laboratories of Nashville, LLC; and | ) | Case No. 24-bk-01923 |
| American Embryo Adoption Agency, LLC. | ) | Case No. 24-bk-01924 |
| | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | Judge Walker |
| | ) | |

### EXPEDITED AGREED ORDER RESOLVING MOTIONS TO APPOINT CHAPTER 11 TRUSTEE OR DISMISS CASE

This matter is before the Court on the U.S. Trustee's Expedited Motion to Appoint a Chapter 11, Trustee, or in the alternative, to Dismiss filed on May 30, 2024, and the state court receiver ("Receiver") Jeremiah Foster's Expedited Motion to Dismiss filed on May 31, 2024 (together, the "Motions"). After an expedited hearing on June 5, 2024, the Motions were continued by the agreement of the parties to June 18, 2024. After negotiation, the Receiver, the State of Tennessee, Debtors and Debtors' owner Dr. Jamie M. Vasquez reached an agreement for the conversion of a temporary restraining order to a temporary injunction memorialized in a proposed form of order that the parties intend to submit to and believe will be approved by to Chancery Court of Davidson County, Tennessee ("Chancery Court"). This proposed order is styled as an Agreed Temporary Injunction with Asset Freeze, Appointment of A Receiver and Other Equitable Relief ("Agreed Temporary Injunction") and the parties intend to request that it be entered by the Chancery Court upon dismissal of these bankruptcy cases.

Based on the terms in the Agreed Temporary Injunction, all the parties agree that the bankruptcy cases should be dismissed. Debtors' counsel agrees that he will provide a summary of

the proceedings for Debtors' former clients ("Patient Summary") to the Receiver for the Receiver's review and distribution. Dr. Vasquez agrees that he will not file bankruptcy on behalf of any of the Debtors for 12-months from the date this order is entered.

IT IS THEREFORE ORDERED that Debtors' Chapter 11 cases are hereby dismissed. The Receiver shall serve notice to all Dr. Vasquez's former clients through Stretto and the Receiver's website of this agreed order, the Patient Summary, and the Agreed Temporary Injunction in its form as entered by the Chancery Court. Dr. Vasquez shall pay directly to Stretto the cost in providing this notice within 60 days of presentment, and Dr. Vasquez is barred from filing any bankruptcy case on behalf of Debtors for 12-months from the date this order is entered.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY
AS INDICATED AT THE TOP OF THE PAGE**

Agreed & Accepted for Entry:

| PAUL RANDOLPH, U.S. TRUSTEE, REGION 8 | COUNSEL FOR RECIEVER | COUNSEL FOR DEBTORS and DR. VASQUEZ |
|---|---|---|
| /s/ Megan Seliber<br>**Megan Seliber**<br>Office of the U.S. Trustee<br>701 Broadway #318<br>Nashville, TN 37203<br>615-695-4060<br>Megan.Seliber@usdoj.gov | /s/ Peter Riggs<br>**Peter Riggs**<br>SPENCER FANE LLP<br>1000 Walnut Street, Suite 1400<br>Kansas City, MO 64106<br>(816) 474-8100<br>priggs@spencerfane.com | /s/ Phillip G. Young, Jr.<br>**Phillip G. Young, Jr.**<br>Thompson Burton PLLC<br>6100 Tower Circle, Suite 200<br>Franklin, Tennessee 37067<br>(615) 465-6000<br>phillip@thompsonburton.com |

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.